**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: August 30, 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YI SUN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHINACACHE INTERNATIONAL HOLDINGS LTD., SONG WANG, GUANGSHENG MENG, FENGYE GAO, and JING AN.<br><br>Defendants. | Case No. 1:19-cv-05485-ER |

The application is  X   granted
                   ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: August 30, 2019
New York, New York

## NOTICE OF VOLUNTARY DISMISSAL

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action, *Sun v. ChinaCache International Holdings Ltd. et al.*, 1:19-cv-05485-ER (the "*Sun* Action"), brought before the United States District Court for the Southern District of New York, has served an answer or motion for summary judgment; and

WHEREAS, a related putative class action alleging substantively identical securities fraud claims against the same defendants is pending in U.S. District Court for the Central District of California under style of *Likas v. ChinaCache International Holdings Ltd. et al.*, 2:19-cv-06942, such that dismissal of the *Sun* Action will not prejudice the putative class at issue in both actions;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Yi Sun hereby voluntarily dismisses this action, without prejudice, as to all defendants.

Dated: August 29, 2019
Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

*Counsel for Plaintiff Yi Sun*